**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 98-cr-00409-DBS-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

WARREN MICHAEL MOORE,

        Defendant.

---

ORDER RELEASING PRESENTENCE REPORT

---

        This matter comes to the attention of the Court upon the report of the Probation Office that it has received a request from the Jefferson County District Court for a copy of the presentence report prepared in this case, it is

ORDERED that the presentence investigation report in this case be released to the Jefferson County District Court for the purpose of preparing a presentence report for the defendant's pending felony case in their county. The report shall be returned or destroyed and may not be photocopied.

    DATED at Denver, Colorado, this 20th day of August, 2009.

                                    BY THE COURT:

                                    ***s/John L. Kane***
                                    JOHN L. KANE
                                    Senior United States District Judge